IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ALAN PARVIN,

      Petitioner,                      No. 2:09-cv-2198-JFM (HC)

    vs.

MATTHEW CATE, et al.,

      Respondents.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 1, 2010 dismissal of his application for a writ of habeas corpus as barred by the statute of limitations. Petitioner has also filed a motion for a certificate of appealability. <u>See</u> 28 U.S.C. § 2253(c); Rule 11, 28 U.S.C. foll. § 2254; Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it

1

debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)).

After careful review of the entire record herein, this court finds that petitioner has not satisfied the first requirement for issuance of a certificate of appealability in this case. Specifically, there is no showing that jurists of reason would find it debatable whether this action is time-barred. Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's March 23, 2010 motion for a certificate of appealability is denied; and

2. The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

DATED: March 29, 2010.

UNITED STATES MAGISTRATE JUDGE

12
parv2198.coapro